SAMUEL BROWN, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Brown* v. *Metropolitan St. Ry. Co.*, 60 App. Div. 184, affirmed.
(Argued June 20, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Frank A. Irish* and *Henry A. Robinson* for appellant.

*Gormly J. Sproull* and *Thomas Sproull* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.